I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-22-2013

DEPUTY CLERK

JS-6
Entered

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICE LEE PORTER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>GREG LEWIS, Warden,<br><br>　　　　Respondent. | Case No. CV 12-10834-ODW (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 11-21-13

　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE